UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| CORY L. MURRAY, TDOC#344355 | ) | |
| | ) | |
| v. | ) | NO. 2:09-CV-225 |
| | ) | |
| SULLIVAN COUNTY SHERIFF'S | ) | |
| OFFICE, *et al.* | ) | |

## MEMORANDUM

This *pro se* civil rights action under 42 U.S.C. § 1983 was filed while plaintiff was a prisoner in the Sullivan County Correctional Facility. Defendants have filed an unopposed motion to dismiss this suit for plaintiff's failure to prosecute, [Doc. 35], correctly arguing that he has failed to file his Pretrial Narrative Statement, as ordered by the Court. By amendment to the original Scheduling Order entered in this cause, plaintiff was directed to file his Pretrial Narrative Statement on or before Thursday, September 9, 2010, and he was also forewarned that his case would be dismissed if he failed to comply with that Order. [Docs. 19, 24]. That date has passed, and plaintiff has not filed his Pretrial Narrative Statement, or otherwise communicated with the Court.

Accordingly, a separate order will enter **GRANTING** defendants' motion to dismiss, [Doc. 35], and **DISMISSING** this action for failure to prosecute and failure to comply with the orders of the Court. Rule 41(b), Federal Rules of Civil Procedure.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE